UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:22-cv-01209-MEMF(MAR) | Date: October 4, 2022 |
| Title: | *Ricardo Garcia v. Montgomery* | |

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: STATUS REPORT**

Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody.  ECF Docket No. ("Dkt.") 1.  On August 3, 2022, this Court stayed consideration of the Petition until Petitioner's state court proceedings have concluded.  Dkt. 22.  The Court also instructed Petitioner to file quarterly status reports with this Court regarding the status of the state action every 90 days beginning on September 15, 2022.  Id.

Petitioner has yet to file a status report.

Accordingly, Petitioner is ordered to show cause within **thirty (30) days** of the date of this Order why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with Court Orders.  See Fed. R. Civ. P. 41(b).  To avoid dismissal, Plaintiff shall provide the Court with a status report regarding the status of the state court proceedings.  Status reports should be filed every ninety (90) days even if the status of the proceedings has not changed since the previous report.

**IT IS SO ORDERED.**

Initials of Preparer : eb