UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22-cv-01209-HDF (MAR)                                            Date:  October 31, 2023

Title:   *Ricardo Garcia v. Montgomery*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: STATUS REPORT**

　　　Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody.  ECF Docket No. ("Dkt.") 1.  On August 3, 2022, this Court stayed consideration of the Petition until Petitioner's state court proceedings have concluded.  Dkt. 22.  The Court also instructed Petitioner to file quarterly status reports with this Court regarding the status of the state action every 90 days beginning on September 15, 2022.  Id.  Petitioner filed a status report on April 5, 2023 indicating his state court petition was still pending.  Dkt. 26.  More than ninety (90) days have elapsed, and Petitioner has yet to file a second status report.

　　　On September 14, 2023, the Court issued an Order to Show Cause why the action should not be dismissed for failure to prosecute and failure to comply with court orders ("OSC").  Dkt. 30.  The OSC warned Petitioner that, "to avoid dismissal, Petitioner shall provide the Court with a status report regarding the state of the state court proceedings."  Dkt. 30.  Petitioner has yet to respond to the September 14, 2023 OSC.  Petitioner has not corresponded with the Court at all for over six (6) months, since April 5, 2023.

　　　The Court will give Petitioner one final opportunity to file a status report before recommending that the action be dismissed. Petitioner must comply **within fourteen (14) days of this Order, by November 10, 2023**, or this action **will** be dismissed for failure to prosecute and comply with court orders.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | vv |