UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO GARCIA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MONTGOMERY,<br><br>　　　　　Respondent. | Case No. 2:22-cv-01209-HDV (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: November 18, 2024

_____

HONORABLE HERNÁN D. VERA
United States District Judge