JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICARDO GARCIA,

                         Petitioner,

          v.

MONTGOMERY,

                       Respondent.

Case No. 2:22-cv-01209-HDV (MAR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated:  November 18, 2024

_____

HONORABLE HERNÁN D. VERA

United States District Judge